UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re David Arrigoni,   Case No. 8:17-bk-07940-MGW
                       Chapter 11
    Debtor.

_____/

**DEBTOR'S POST-CONFIRMATION QUARTERLY OPERATING REPORT
FOR THE PERIOD FROM APRIL 1, 2020 TO JUNE 30, 2020**

    Debtor, David Arrigoni, hereby files his Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

DAVID ARRIGONI
3821 Calliandra Dr.
Sarasota, FL  34232
Phone: (850) 567-4159

JOHNSON LEGAL OF FLORIDA, P.L.
2937 Bee Ridge Rd. Suite 1
P.O. Box 20998
Sarasota, FL  34276
Phone:  (941) 926-1155
Fax:  (941) 926-1160
Email:  sjohnson@johnsonlegalfl.com
Attorney for Debtor David Arrigoni


*/s/ Sherri L. Johnson*
SHERRI L. JOHNSON
Florida Bar No. 0134775

MONTHLY OPERATING REPORT - ATTACHMENT NO. 1
POST CONFIRMATION

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | x |
| 2. Are any post-confirmation sales or payroll taxes past due? | | x |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | x |
| 4. Is the Debtor current on all post-confirmation plan payments? | | x |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | x | |
| 2. Are all premium payments current? | x | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY | and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Dwelling (8323 Portsmouth Dr.) | Southern Fidelity | 02/25/19 to 09/25/20 | $542/year | 0 |
| Dwelling (1845 Rodeo Dr.) | American Strategic | 01/13/19 to 01/13/20 | $1,052/year | 0 |
| | | | | |
| | | | | |

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:




Estimated Date of Filing the Application for Final Decree: _____ Undetermined

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 26 day of August 20 20

_____
Debtor's Signature

**MONTHLY OPERATING REPORT -**                  **ATTACHMENT NO. 2**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**Case Name:** David Arrigoni

**Case Number:** 8:17-bk-07940-MGW

**Date of Plan Confirmation:**

All items must be answered. Any which do not apply should be answered "none" or "N/A".

Q2 2020 Reporting

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 1718.04 | $ |
| 2. | **INCOME or RECEIPTS during the Period** | $ 22400.84 | $ 136068.97 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 650 | $ 1950 |
| (ii) | Federal Taxes | na | |
| (iii) | State Taxes | na | |
| (iv) | Other Taxes | na | |
| b. | **All Other Operating Expenses:** | $ 1910.24 | $ 57297.38 |
| c. | **Plan Payments:** | | |
| (i) | Administrative Claims | $ 857.5 | $ 14738.53 |
| (ii) | Priority Tax Claims | 0 | 29042.04 |
| (iii) | Class 15 (Nationstar) | $ 2250 | $ 8900 |
| (iv) | Class 18 (Leon County Tax Collector) | 0 | 0 |
| (v) | Class 19 (Centre Pointe Condo Ass'n) | $ 250 | $ 4000 |
| (vi) | Class 20 (Grand Capital, LLC) | $ 3231.48 | $ 15080.24 |
| (vii) | Class 21 (Iberia Bank) | 0 | 0 |
| (viii) | Class 23 (General Unsecured Creditors) | $ 1.8 | 5767.84 |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 20151.02 | $ 136776.03 |
| 1. | **CASH (End of Period)** | $ 3967.86 | $ 3967.86 |

**MONTHLY OPERATING REPORT -**                                               **ATTACHMENT NO. 3**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

Q2 2020

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | Fifth Third | Fifth Third | Fifth Third | |
| **Account Number:** | 7921631425 | 7921631417 | 7922078717 | |
| **Purpose of Account (Operating/Payroll/Tax)** | Operating | Rental Properties | Property Tax Escrow | |
| **Type of Account (e.g. checking)** | Checking | Checking | Checking | |
| | | | | |
| 1. **Balance per Bank Statement** | 11.11 | 1706.93 | | |
| 2. **ADD**: Deposits not credited | 8497 | 13903.84 | | |
| 3. **SUBTRACT**: Outstanding Checks | 7746.44 | 12404.58 | | |
| 4. Other Reconciling Items | | | | |
| 5. **Month End Balance** (Must Agree with Books) | 761.67 | 3206.19 | 0 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information  Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT - POST CONFIRMATION**    **ATTACHMENT NO. 4**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Fifth Third |
|---|---|
| Account Number | 7921631425 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

Q2 2020

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 120 | 4/6/2020 | | Rent | 1570 |
| 9039 | 4/30/2020 | | pool service | 79 |
| | 4/13/2020 | transfer to 1417 | transfer | 650 |
| | 4/20/2020 | trasfer to 1417 | transfer | 100 |
| | 4/25/2020 | transfer to 1417 | transfer | 500 |
| | 4/27/2020 | walmart | personal | 3.86 |
| 121 | 5/4/2020 | | Rent | 1729 |
| 9040 | 5/19/2020 | | pool service | 79 |
| 9042 | 5/1/2020 | United States Trustee | Quarterly Fees | 650 |
| | 5/4/2020 | dg hardware | personal | 9.71 |
| | | transfer to 1417 | transfer | 1000 |
| | 5/11/2020 | walmart | personal | 5.71 |
| | 5/13/2020 | transfer to 1417 | transfer | 700 |
| | 5/26/2020 | transfer to 1417 | transfer | 375 |
| 122 | 6/4/2020 | | Rent | 2000 |
| 9043 | 6/9/2020 | | pool service | 79 |
| 9045 | 6/25/2020 | Portfolio Recovery Services | Class 23 Claim | 1.8 |
| 9049 | 6/11/2020 | Johnson Legal of Florida, P.L. | Legal Fees | 857.5 |
| | 6/4/2020 | trasfer to 1417 | transfer | 700 |
| | 6/9/2020 | trasfer to 1417 | transfer | 700 |
| | 6/24/2020 | transfer to 1417 | transfer | 265 |
| | 6/24/2020 | transfer to 1417 | transfer | 350 |
| | | | | 12404.58 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**
	**ATTACHMENT NO. 4**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Fifth Third |
|---|---|
| Account Number | 7921631417 |
| Purpose of Account (Operating/Payroll/Personal) | Rental Properties |
| Type of Account (e.g., Checking) | Checking |

Q2 2020

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 9/24/1924 | 4/14/2020 | Grand Capital LLC | Class 20 Claim | 1077.16 |
|  | 4/10/2020 | Nationstar | Class 15 Claim | 750 |
| 9035 | 5/1/2020 | Centre Pointe HOA | Class 19 Claim | 125 |
| 9036 | 5/5/2020 | Grand Capital LLC | Class 20 Claim | 1077.16 |
| 9037 | 5/28/2020 | Centre Pointe HOA | Class 19 Claim | 125 |
|  | 5/6/2020 | fifth third | bank fee | 37 |
|  | 5/12/2020 | Nationstar | Class 15 Claim | 750 |
|  |  | asi | insurance | 298.96 |
|  | 5/22/2020 | transfer 1425 | transfer | 100 |
|  | 5/26/2020 | captial preferred |  | 629 |
| 9038 | 6/12/2020 | Grand Capital LLC | Class 20 Claim | 1077.16 |
|  |  | Nationstar | Class 15 Claim | 750 |
|  |  | transfer 1425 | transfer | 950 |
|  |  |  | TOTAL | 7746.44 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -** **ATTACHMENT NO. 4**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Fifth Third |
|---|---|
| Account Number | 7922078717 |
| Purpose of Account (Operating/Payroll/Personal) | Property Tax Escrow |
| Type of Account (e.g., Checking) | Checking |

Q1 2020

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | no transactions | | | |
| | | | TOTAL | 0 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.