

**FIFTH THIRD BANK**
(TAMPA BAY)
P.O. BOX 630900 CINCINNATI OH 45263-0900

DAVID J ARRIGONI
3821 CALLIANDRA DR
SARASOTA FL 34232-1223



0

465

Statement Period Date: 4/1/2020 - 4/30/2020
Account Type: 5/3 FREE CHECKING
Account Number: 7921631425

Banking Center: Valrico
Customer Service: 800-972-3030
Internet Banking & Bill Payment: 53.com

THANK YOU FOR BEING A FIFTH THIRD CUSTOMER. WE GREATLY VALUE YOUR TRUST AND CONFIDENCE AND SINCERELY APPRECIATE THE OPPORTUNITY TO SERVE YOU.

## Account Summary - 7921631425

| Date | | Amount | | | |
|---|---|---|---|---|---|
| 04/01 | Beginning Balance | $1,706.93 | Number of Days in Period | | 30 |
| 2 | Checks | $(1,649.00) | | | |
| 4 | Withdrawals / Debits | $(1,253.86) | | | |
| 3 | Deposits / Credits | $5,093.93 | | | |
| 04/30 | Ending Balance | $3,898.00 | | | |

| Fee Summary | This Period | 2020 Year To Date | 2019 Fee Totals |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | ($185.00) |
| Total Return Item Fees | $0.00 | ($37.00) | ($37.00) |
| Total Reversed, Overdraft and Return Item Fees | $0.00 | $0.00 | $0.00 |

## Checks

2 checks totaling $1,649.00

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 120 i | 04/06 | 1,570.00 | 9039*i | 04/30 | 79.00 |

## Withdrawals / Debits

4 items totaling $1,253.86

| Date | Amount | Description |
|---|---|---|
| 04/13 | 650.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1417 REF # 00641749768 |
| 04/20 | 100.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1417 REF # 00643117335 |
| 04/24 | 500.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1417 REF # 00644097051 |
| 04/27 | 3.86 | MERCHANT PAYMENT WM SUPERCENTER # - 550051 Wal-Mart Super Center TAMPA FL ON 042720 FROM CARD#: XXXXXXXXXXXX080X |

## Deposits / Credits

3 items totaling $5,093.93

| Date | Amount | Description |
|---|---|---|
| 04/10 | 1,546.96 | ARRIGONI INSURAN PAYROLL 01820000-0339-0 041020 |
| 04/17 | 2,000.00 | DEPOSIT |
| 04/24 | 1,546.97 | ARRIGONI INSURAN PAYROLL 01820000-0339-0 042420 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/06 | 136.93 | 04/17 | 3,033.89 | 04/27 | 3,977.00 |
| 04/10 | 1,683.89 | 04/20 | 2,933.89 | 04/30 | 3,898.00 |
| 04/13 | 1,033.89 | 04/24 | 3,980.86 | | |

.



**This page intentionally left blank.**



**FIFTH THIRD BANK**
(TAMPA BAY)
P.O. BOX 630900 CINCINNATI OH 45263-0900

DAVID J ARRIGONI
3821 CALLIANDRA DR
SARASOTA FL 34232-1223



0

429

Statement Period Date: 5/1/2020 - 5/31/2020
Account Type: 5/3 FREE CHECKING
Account Number: 7921631425

Banking Center: Valrico
Customer Service: 800-972-3030
Internet Banking & Bill Payment: 53.com

THANK YOU FOR BEING A FIFTH THIRD CUSTOMER. WE GREATLY VALUE YOUR TRUST AND CONFIDENCE AND SINCERELY APPRECIATE THE OPPORTUNITY TO SERVE YOU.

## Account Summary - 7921631425

| 05/01 | Beginning Balance | $3,898.00 | Number of Days in Period | 31 |
|---|---|---|---|---|
| 3 | Checks | $(2,458.00) | | |
| 5 | Withdrawals / Debits | $(2,090.42) | | |
| 5 | Deposits / Credits | $4,665.98 | | |
| 05/31 | Ending Balance | $4,015.56 | | |

| Fee Summary | This Period | 2020 Year To Date | 2019 Fee Totals |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | ($185.00) |
| Total Return Item Fees | $0.00 | ($37.00) | ($37.00) |
| Total Reversed, Overdraft and Return Item Fees | $0.00 | $0.00 | $0.00 |

### Checks

3 checks totaling $2,458.00

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 121 i | 05/04 | 1,729.00 | 9040*i | 05/19 | 79.00 | 9042*i | 05/01 | 650.00 |

### Withdrawals / Debits

5 items totaling $2,090.42

| Date | Amount | Description |
|---|---|---|
| 05/04 | 9.71 | DEBIT CARD PURCHASE AT DG HARDWARE., SARASOTA, FL ON 050120 FROM CARD#: XXXXXXXXXXXX0800 |
| 05/08 | 1,000.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1417 REF # 00646712719 |
| 05/11 | 5.71 | MERCHANT PAYMENT WAL Wal-Mart Sup - 920046 2392 WAL-SAMS SARASOTA FL ON 051120 FROM CARD#: XXXXXXXXXXXX080X |
| 05/13 | 700.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1417 REF # 00647412893 |
| 05/26 | 375.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1417 REF # 00649487708 |

### Deposits / Credits

5 items totaling $4,665.98

| Date | Amount | Description |
|---|---|---|
| 05/08 | 1,546.96 | ARRIGONI INSURAN PAYROLL 01820000-0339-0 050820 |
| 05/22 | 1,546.97 | ARRIGONI INSURAN PAYROLL 01820000-0339-0 052220 |
| 05/22 | 100.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX1417 REF # 00649117244 |
| 05/26 | 475.00 | RECEIVED ZELLE PMT ID WFCDRYLRMBXC |
| 05/27 | 997.05 | DEPOSIT |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/01 | 3,248.00 | 05/11 | 2,050.54 | 05/22 | 2,918.51 |
| 05/04 | 1,509.29 | 05/13 | 1,350.54 | 05/26 | 3,018.51 |
| 05/08 | 2,056.25 | 05/19 | 1,271.54 | 05/27 | 4,015.56 |





**FIFTH THIRD BANK**
(TAMPA BAY)
P.O. BOX 630900 CINCINNATI OH 45263-0900

DAVID J ARRIGONI
3821 CALLIANDRA DR
SARASOTA FL 34232-1223



0

497

Statement Period Date: 6/1/2020 - 6/30/2020
Account Type: 5/3 FREE CHECKING
Account Number: 7921631425

Banking Center: Valrico
Customer Service: 800-972-3030
Internet Banking & Bill Payment: 53.com

THANK YOU FOR BEING A FIFTH THIRD CUSTOMER. WE GREATLY VALUE YOUR TRUST AND CONFIDENCE AND SINCERELY APPRECIATE THE OPPORTUNITY TO SERVE YOU.

## Account Summary - 7921631425

| Date | | Amount | | |
|---|---|---|---|---|
| 06/01 | Beginning Balance | $4,015.56 | Number of Days in Period | 30 |
| | 4 Checks | $(2,938.30) | | |
| | 4 Withdrawals / Debits | $(2,015.00) | | |
| | 5 Deposits / Credits | $4,143.93 | | |
| 06/30 | Ending Balance | $3,206.19 | | |

| Fee Summary | This Period | 2020 Year To Date | 2019 Fee Totals |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | ($185.00) |
| Total Return Item Fees | $0.00 | ($37.00) | ($37.00) |
| Total Reversed, Overdraft and Return Item Fees | $0.00 | $0.00 | $0.00 |

### Checks
4 checks totaling $2,938.30

\* Indicates gap in check sequence   i = Electronic Image   s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 122 i | 06/04 | 2,000.00 | 9045*i | 06/25 | 1.80 | 9049*i | 06/11 | 857.50 |
| 9043*i | 06/09 | 79.00 | | | | | | |

### Withdrawals / Debits
4 items totaling $2,015.00

| Date | Amount | Description |
|---|---|---|
| 06/04 | 700.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1417 REF # 00651319138 |
| 06/09 | 700.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1417 REF # 00652244381 |
| 06/24 | 265.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1417 REF # 00654888293 |
| 06/24 | 350.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1417 REF # 00654885761 |

### Deposits / Credits
5 items totaling $4,143.93

| Date | Amount | Description |
|---|---|---|
| 06/04 | 50.00 | RECEIVED ZELLE PMT ID WFCDMCBCZODT |
| 06/05 | 1,546.96 | ARRIGONI INSURAN PAYROLL 01820000-0339-0 060520 |
| 06/15 | 950.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX1417 REF # 00653324928 |
| 06/19 | 1,546.97 | ARRIGONI INSURAN PAYROLL 01820000-0339-0 061920 |
| 06/22 | 50.00 | RECEIVED ZELLE PMT ID WFCDUIL92GLU |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/04 | 1,365.56 | 06/11 | 1,276.02 | 06/22 | 3,822.99 |
| 06/05 | 2,912.52 | 06/15 | 2,226.02 | 06/24 | 3,207.99 |
| 06/09 | 2,133.52 | 06/19 | 3,772.99 | 06/25 | 3,206.19 |

.

For additional information and account disclosures, please visit www.53.com

Page 1 of 2


FIFTH THIRD BANK

**This page intentionally left blank.**



**FIFTH THIRD BANK**
(TAMPA BAY)
P.O. BOX 630900 CINCINNATI OH 45263-0900

DAVID J ARRIGONI
3821 CALLIANDRA DR
SARASOTA FL 34232-1223



0

464

Statement Period Date: 4/1/2020 - 4/30/2020
Account Type: 5/3 FREE CHECKING
Account Number: 7921631417

Banking Center: Valrico
Customer Service: 800-972-3030
Internet Banking & Bill Payment: 53.com

THANK YOU FOR BEING A FIFTH THIRD CUSTOMER. WE GREATLY VALUE YOUR TRUST AND CONFIDENCE AND SINCERELY APPRECIATE THE OPPORTUNITY TO SERVE YOU.

## Account Summary - 7921631417

| Date | | Description | Amount |
|---|---|---|---|
| 04/01 | | Beginning Balance | $11.11 |
| | 1 | Checks | $(1,077.16) |
| | 1 | Withdrawals / Debits | $(750.00) |
| | 4 | Deposits / Credits | $2,474.00 |
| 04/30 | | Ending Balance | $657.95 |

Number of Days in Period: 30

| Fee Summary | This Period | 2020 Year To Date | 2019 Fee Totals |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | ($37.00) | ($296.00) |
| Total Return Item Fees | $0.00 | $0.00 | $0.00 |
| Total Reversed, Overdraft and Return Item Fees | $0.00 | $0.00 | $0.00 |

### Check
1 check totaling $1,077.16

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 9034 i | 04/14 | 1,077.16 |

### Withdrawals / Debits
1 item totaling $750.00

| Date | Amount | Description |
|---|---|---|
| 04/10 | 750.00 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXX5648 |

### Deposits / Credits
4 items totaling $2,474.00

| Date | Amount | Description |
|---|---|---|
| 04/07 | 1,224.00 | Destination Real SIGONFILE DBJBK 040720 |
| 04/13 | 650.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX1425 REF # 00641749768 |
| 04/20 | 100.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX1425 REF # 00643117335 |
| 04/24 | 500.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX1425 REF # 00644097051 |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/07 | 1,235.11 | 04/13 | 1,135.11 | 04/20 | 157.95 |
| 04/10 | 485.11 | 04/14 | 57.95 | 04/24 | 657.95 |

.

For additional information and account disclosures, please visit www.53.com                Page 1 of 2



This page intentionally left blank.



**FIFTH THIRD BANK**
(TAMPA BAY)
P.O. BOX 630900 CINCINNATI OH 45263-0900

DAVID J ARRIGONI
3821 CALLIANDRA DR
SARASOTA FL 34232-1223



0

428

Statement Period Date: 5/1/2020 - 5/31/2020
Account Type: 5/3 FREE CHECKING
Account Number: 7921631417

Banking Center: Valrico
Customer Service: 800-972-3030
Internet Banking & Bill Payment: 53.com

THANK YOU FOR BEING A FIFTH THIRD CUSTOMER. WE GREATLY VALUE YOUR TRUST AND CONFIDENCE AND SINCERELY APPRECIATE THE OPPORTUNITY TO SERVE YOU.

## Account Summary - 7921631417

| Date | | Amount |
|---|---|---|
| 05/01 | Beginning Balance | $657.95 |
| 3 | Checks | $(1,327.16) |
| 5 | Withdrawals / Debits | $(1,814.96) |
| 5 | Deposits / Credits | $2,964.00 |
| 05/31 | Ending Balance | $479.83 |

Number of Days in Period: 31

| Fee Summary | This Period | 2020 Year To Date | 2019 Fee Totals |
|---|---|---|---|
| Total Overdraft Fees | ($37.00) | ($74.00) | ($296.00) |
| Total Return Item Fees | $0.00 | $0.00 | $0.00 |
| Total Reversed, Overdraft and Return Item Fees | $0.00 | $0.00 | $0.00 |

## Checks

3 checks totaling $1,327.16

\* Indicates gap in check sequence    i = Electronic Image    /s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9035 i | 05/01 | 125.00 | 9036 i | 05/05 | 1,077.16 | 9037 i | 05/28 | 125.00 |

## Withdrawals / Debits

5 items totaling $1,814.96

| Date | Amount | Description |
|---|---|---|
| 05/06 | 37.00 | OVERDRAFT FEE |
| 05/12 | 750.00 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXX5648 |
| 05/18 | 298.96 | DEBIT CARD PURCHASE AT ASI PREFERRED INSU, ST. PETERSBUR, FL ON 051520 FROM CARD#: XXXXXXXXXXXX1154 |
| 05/22 | 100.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1425 REF # 00649117244 |
| 05/26 | 629.00 | DEBIT CARD PURCHASE AT CAPITOL PREFERRED, 8007344749, FL ON 052220 FROM CARD#: XXXXXXXXXXXX1154 |

## Deposits / Credits

5 items totaling $2,964.00

| Date | Amount | Description |
|---|---|---|
| 05/06 | 363.50 | Destination Real SIGONFILE NYD1L 050620 |
| 05/08 | 1,000.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX1425 REF # 00646712719 |
| 05/13 | 700.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX1425 REF # 00647412893 |
| 05/18 | 525.50 | Destination Real SIGONFILE 5RYFL 051820 |
| 05/26 | 375.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX1425 REF # 00649487708 |


**FIFTH THIRD BANK**

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/01 | 532.95 | 05/12 | 32.29 | 05/22 | 858.83 |
| 05/05 | (544.21) | 05/13 | 732.29 | 05/26 | 604.83 |
| 05/06 | (217.71) | 05/18 | 958.83 | 05/28 | 479.83 |
| 05/08 | 782.29 | | | | |



(TAMPA BAY)
P.O. BOX 630900 CINCINNATI OH 45263-0900

DAVID J ARRIGONI
3821 CALLIANDRA DR
SARASOTA FL 34232-1223



0

496

Statement Period Date: 6/1/2020 - 6/30/2020
Account Type: 5/3 FREE CHECKING
Account Number: 7921631417

Banking Center: Valrico
Customer Service: 800-972-3030
Internet Banking & Bill Payment: 53.com

THANK YOU FOR BEING A FIFTH THIRD CUSTOMER. WE GREATLY VALUE YOUR TRUST AND CONFIDENCE AND SINCERELY APPRECIATE THE OPPORTUNITY TO SERVE YOU.

## Account Summary - 7921631417

| Date | | Description | Amount |
|---|---|---|---|
| 06/01 | | Beginning Balance | $479.83 |
| | 1 | Checks | $(1,077.16) |
| | 2 | Withdrawals / Debits | $(1,700.00) |
| | 6 | Deposits / Credits | $3,059.00 |
| 06/30 | | Ending Balance | $761.67 |

Number of Days in Period: 30

| Fee Summary | This Period | 2020 Year To Date | 2019 Fee Totals |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | ($74.00) | ($296.00) |
| Total Return Item Fees | $0.00 | $0.00 | $0.00 |
| Total Reversed, Overdraft and Return Item Fees | $0.00 | $0.00 | $0.00 |

## Check

1 check totaling $1,077.16

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 9038 i | 06/12 | 1,077.16 |

## Withdrawals / Debits

2 items totaling $1,700.00

| Date | Amount | Description |
|---|---|---|
| 06/12 | 750.00 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXX5648 |
| 06/15 | 950.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1425 REF # 00653324928 |

## Deposits / Credits

6 items totaling $3,059.00

| Date | Amount | Description |
|---|---|---|
| 06/04 | 700.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX1425 REF # 00651319138 |
| 06/09 | 700.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX1425 REF # 00652244381 |
| 06/10 | 328.50 | Destination Real SIGONFILE NX6YL 061020 |
| 06/15 | 715.50 | Destination Real SIGONFILE 1SC4M 061520 |
| 06/24 | 265.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX1425 REF # 00654888293 |
| 06/24 | 350.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX1425 REF # 00654885761 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/04 | 1,179.83 | 06/10 | 2,208.33 | 06/15 | 146.67 |
| 06/09 | 1,879.83 | 06/12 | 381.17 | 06/24 | 761.67 |

For additional information and account disclosures, please visit www.53.com

Page 1 of 2



This page intentionally left blank.